**Lamont C. JONES, Appellant,**

v.

**AMERICAN FAMILY INSURANCE, COMPANY and Richard R. Meinhardt, Respondents.**

No. ED 81134.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 18, 2003.

Robert B. Ramsey, Edwardsville, IL, for appellant.

Robert A. Wulff, St. Louis, MO, for respondent.

Mark F. Mueller, St. Louis, MO, Co-counsel for respondent.

Before WILLIAM H. CRANDALL, P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

### *ORDER*

PER CURIAM.

Lamont Jones appeals the judgment entered in favor of American Family Insurance Company and Richard Meinhardt on Jones's claim for breach of his insurance contract. The judgment is supported by

substantial evidence and is not against the weight of the evidence. No error of law appears. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).